AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

TANYA PARRISH GRANT

RECEIVED JUN 17 2021 U.S. Marshals Service, EDNC

**SEALED**
**WARRANT FOR ARREST**

CRIMINAL CASE: 5:21-CR-00253-1BO(3)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**TANYA PARRISH GRANT** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment ____ Superseding Indictment ____ Criminal Information ____ Complaint

____ Order of Court: ____ Violation Notice ____ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. §§ 1347 and 2: Health Care Fraud; and Aiding and Abetting

Peter A. Moore, Jr.
Name of Issuing Officer

_/s/ Carsen Frazier_
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

JUNE 16, 2021 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED 06/17/21 | NAME AND TITLE OF ARRESTING OFFICER C. Maser, FBI | NAME AND TITLE OF ARRESTING SB WMS |
|---|---|---|
| DATE OF ARREST 06/18/21 | | |

**FILED**

JUN 2 1 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _mlß_ DEP CLK