UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-00253-BO

| UNITED STATES OF AMERICA | NOTICE OF APPEARANCE |
|---|---|
| v. | |
| TANYA PARRISH GRANT | |

Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above named defendant in this criminal case.

Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

WILLIAM M. GILMORE
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on June 22, 2021, using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this 22nd day of June, 2021.

G. ALAN DuBOIS
Federal Public Defender

/s/ Kyana Givens
KYANA GIVENS
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Kyana_Givens@fd.org
Washington State Bar No. 37670
LR 57.1 Counsel Appointed